February 7, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF S.Y.S., M.H., AND P.M.H., Children

NO. 14-11-00173-CV

———————————

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 11, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.